UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RANDY PHILLIPS,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No. C17-5421-JPD

ORDER REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 4. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 27.

Based on the stipulation of the parties, the Court ORDERS that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"). On remand, the ALJ shall:

1)     further consider the medical opinions of Clark Ashworth, Ph.D., Peter Weiss, Ph.D., and Phyllis Sanchez, Ph.D.;

ORDER
PAGE - 1

2) reevaluate whether the claimant's mental limitations meet or equal a listing, consulting a medical expert if necessary, and, if they do not, reassess Plaintiff's residual functional capacity; and

3) as needed to reevaluate steps 4 and 5 of the sequential evaluation process, obtain supplemental vocational expert testimony.

The ALJ shall also offer plaintiff an opportunity for a *de novo* hearing, and shall issue a new decision. Plaintiff may also present new arguments and further medical evidence, if such evidence becomes available.

DATED this 12th day of February, 2018.

JAMES P. DONOHUE
Chief United States Magistrate Judge