UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDY PHILLIPS, | ) |
| | ) CIVIL NO. 3:17-cv-5421-JPD |
| Plaintiff, | ) |
| | ) ORDER FOR EAJA FEES, COSTS AND |
| vs. | ) EXPENSES |
| | ) |
| NANCY BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| | ) |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney's fees in the total amount of $5,608.52 (which is for work performed by Jeffrey Baird in the amount of $4,585.21 plus work performed by Elie Halpern in the amount of $1,023.31) and expenses in the amount of $2.45 (for postage) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $27.80 (for photocopies) pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall:

1. Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586; 130 S. Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Elie Halpern, at his office at Halpern Olivares PLLC, 2102 Carriage Drive SW, Building E102, Olympia, WA 98502; however,

2. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Elie

ORDER FOR EAJA FEES, COSTS AND EXPENSES - 1

Halpern, and delivered via check to Mr. Halpern's office at Halpern Olivares PLLC, 2102 Carriage Drive SW, Bldg. E102, Olympia, WA 98502.

DATED this 20th day of March, 2018.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge